# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARY FAY CORBITT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. CIV-12-167-RAW**-KEW |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 5, 2013, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings.  Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 25th day of September, 2013.


**Dated this 25th day of September, 2013.**


Ronald A. White
United States District Judge
Eastern District of Oklahoma